# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH
### NO. 02-14-00147-CV



| | | |
|---|---|---|
| City of Aledo | § | From the 43rd District Court |
| v. | | |
| Todd C. Brennan and Valerie S. Smith, Frank Gallison and Nanette Gallison, Rebecca Hanley, Gordon Hiebert and Kimberly Hiebert, William Hood and Leonila Hood, Layne Kasper and Jessica Kasper, James Kitchen and Martha Kitchen, Shaun Kretzschmar and Natalie Kretzschmar, Scott Mitchell and Leslie Mitchell, Evan Peterson and Gayle Peterson, Brian Stagner and Amy Stagner, Steven Tomhave and Jetty Tomhave, and Robert Wood and Mary Frances Wood | §<br><br><br>§<br><br><br>§ | of Parker County (CV10-0429)<br><br><br>June 2, 2016<br><br><br>Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant City of Aledo shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner